| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Amerigreen Energy Brokers, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-3402358** | |
| **4.** | **Debtor's address** | **Principal place of business** **85 White Oak Road** **Manheim, PA 17545** Number, Street, City, State & ZIP Code **Lancaster** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor   **Amerigreen Energy Brokers, LLC** _____   Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See addendum** _____   Relationship _____

District _____  When _____  Case number, if known _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor **Amerigreen Energy Brokers, LLC**  Case number (*if known*)
      Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ■ Other  **All movable assets must be inventoried and accounted for.**

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.  Insurance agency  **Information to be provided**
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Amerigreen Energy Brokers, LLC**     Case number (*if known*)
   Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 6, 2018**
                MM / DD / YYYY

**X**   **/s/ Joel E. Hagaman**           **Joel E. Hagaman**
Signature of authorized representative of debtor      Printed name

Title   **CFO and Treasurer**

**18. Signature of attorney**

**X**   **/s/ William Burnett**         Date **June 6, 2018**
Signature of attorney for debtor               MM / DD / YYYY

**William Burnett**
Printed name

**Flaster/Greenberg, P.C.**
Firm name

**1835 Market Street**
**Suite 1050**
**Philadelphia, PA 19103-2924**
Number, Street, City, State & ZIP Code

Contact phone   **215-279-9393**     Email address   **william.burnett@flastergreenberg.com**

**75975 PA**
Bar number and State

**Addendum to Voluntary Petition**

The following related entities and affiliates are filing Voluntary Petitions under Chapter 7 of Title 11 of the United States Code contemporaneously:

1. Worley & Obetz, Inc. (EIN 23-1726576)
2. Americomfort, Inc. (EIN 81-3937605)
3. Ranck Plumbing Heating & Air Conditioning, Inc. (EIN 82-1819625)
4. Amerigreen Energy, Inc. (EIN 20-2656284)
5. Advance Air, Inc. (EIN 47-5358111)
6. Amerigreen Energy Brokers, LLC (EIN 47-3402358)
7. Amerigreen Electricity, LLC (EIN 47-3348977)
8. Amerigreen Hedging Services, LLC (EIN 47-3388549)
9. Amerigreen Lubricants, LLC (EIN 47-3377489)
10. Amerigreen Natural Gas, LLC (EIN 47-3363222)
11. Amerigreen Propane, LLC (EIN 47-3331550)

The information set forth on each Voluntary Petition is estimated in the aggregate of all eleven (11) Debtors based on available information and belief with respect to all responses provided on each Petition, including the number of creditors as well as the estimated assets and liabilities. The actual value of the detailed assets and liabilities attributed to each individual Debtor will be contained in the Schedules of Assets and Liabilities and Statement of Financial Affairs for each Debtor, when filed.

The Omnibus Corporate Resolution for the Debtors and the Corporate Ownership Statements are based on information and belief available at the time of filing the Debtors' Petitions. For example, the sole member of some of the Debtors may in fact be Robert Seth Obetz rather than Amerigreen Energy, Inc. as the parent. Nevertheless, in accordance with the Omnibus Corporate Resolution, requisite authority has been obtained to file each Voluntary Petition.

To the extent necessary, the Debtors reserve their rights to amend these documents as more information becomes available.

## OMNIBUS CORPORATE RESOLUTIONS

Worley & Obetz, Inc. (EIN 23-1726576)
Americomfort, Inc. (EIN 81-3937605)
Ranck Plumbing Heating & Air Conditioning, Inc. (EIN 82-1819625)
Amerigreen Energy, Inc. (EIN 20-2656284)
Advance Air, Inc. (EIN 47-5358111)
Amerigreen Energy Brokers, LLC (EIN 47-3402358)
Amerigreen Electricity, LLC (EIN 47-3348977)
Amerigreen Hedging Services, LLC (EIN 47-3388549)
Amerigreen Lubricants, LLC (EIN 47-3377489)
Amerigreen Natural Gas, LLC (EIN 47-3363222)
Amerigreen Propane, LLC (EIN 47-3331550)

This 6th Day of June, 2018, the undersigned, being all either the Sole Member, the Shareholder(s) or Director(s) the above entities (collectively, the Debtors"), hereby adopts, consents and authorizes the following resolutions with the same force and effect as if adopted at a duly held special meeting of the Members or Board of Directors of each the Debtors held pursuant to the Operating Agreements and By Laws of the Debtors:

> RESOLVED, that, in the judgment of each of the undersigned, it is desirable and in the best interests of the Debtors that each of the Debtors immediately commence a Chapter 7 bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

> FURTHER RESOLVED, that Joel E. Hagaman as Treasurer and CFO of the Debtors, hereby is, authorized and empowered on behalf of, and in the name of the Debtors to execute and verify or certify each petition under Chapter 7 of the Bankruptcy Code and execute all ancillary documents to the Chapter 7 cases and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") as appropriate; and

> FURTHER RESOLVED, that Joel E. Hagaman is authorized and empowered on behalf of, and in the name of, the Debtors to execute and file all petitions, schedules, lists, statements of financial affairs, and other pleadings and to take any and all actions that he may deem necessary, proper or desirable in connection with the Chapter 7 cases, including without limitation, testifying at the 341 Meeting of Creditors and other

proceedings to assist the Chapter 7 Trustee in the administration of the cases and to carry out the intent and purposes of these resolutions; and

FURTHER RESOLVED, that the law firm of Flaster/Greenberg, P.C. be, and it hereby is, employed as bankruptcy counsel for the Debtors and that Joel E. Hagaman is authorized to sign the engagement letter on behalf of the Debtors for Flaster/Greenberg P.C.; and

FURTHER RESOLVED, that Joel E. Hagaman is hereby authorized to instruct Debtors' bankruptcy counsel and the Debtors' consultant, Strategic Resources, Inc., to take all necessary steps to carry out the intents and purposes of these resolutions in connection with the Chapter 7 cases; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken either previously or subsequently by any officer director or professionals consistent with the intents and purposes of this resolution are in all respects, hereby ratified, approved and confirmed; and

FURTHER RESOLVED, that on Tuesday May 15, 2018, Jeffrey B. Lyons was terminated for cause and forfeited all rights and powers he may have had, if any, with respect to any of the Debtors, provided however that the Debtors reserve all rights, claims and suits against Jeffery B. Lyons and any of his accomplices for their prior actions; and

FURTHER RESOLVED, that this Omnibus Corporate Resolution in lieu of a regularly scheduled meeting shall be filed with the records of the Debtors.

This Omnibus Corporate Resolution shall be effective as of the 6th day of June, 2018, upon the signing of each entity and person below.

WITNESS our hands as of the date written above.

_____
Joel E. Hagaman
Chief Financial Officer and Treasurer

_____
Robert W. Obetz, Jr.
Shareholder

_____
M. Suzanne Obetz
Shareholder

_____
Robert Seth Obetz
Shareholder

_____
Worley & Obetz, Inc.
By: Joel E. Hagaman
Chief Financial Officer and Treasurer

_____
Amerigreen Energy, Inc.
By: Joel E. Hagaman
Chief Financial Officer and Treasurer

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Amerigreen Energy Brokers, LLC**                                        Case No.
                                      Debtor(s)                                    Chapter    **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Amerigreen Energy Brokers, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amerigreen Energy, Inc.**
**85 White Oak Lane**
**Manheim, PA 17545**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 6, 2018** | **/s/ William Burnett** |
| Date | **William Burnett** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Amerigreen Energy Brokers, LLC** |
| | **Flaster/Greenberg, P.C.** |
| | **1835 Market Street** |
| | **Suite 1050** |
| | **Philadelphia, PA 19103-2924** |
| | **215-279-9393 Fax:215-279-9394** |
| | **william.burnett@flastergreenberg.com** |