**Fill in this information to identify the case:**

Debtor name  AMERIGREEN ENERGY SERVICES LLC

United States Bankruptcy Court for the: EASTERN _____ District of PA
(State)

Case number (If known): 18-13779

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................  $ -0-

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................  $ -0-

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................  $ -0-

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..........  $ -0-

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................  $ -0-

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................  + $ -0-

4. **Total liabilities**................................................................................................  $ -0-
   Lines 2 + 3a + 3b